UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSEPH R. SECREST, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | CAUSE NO. 3:06-CV-297 RM |
| ) | (Criminal Cause No. 3:98-CR-36(01)RM) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

## OPINION AND ORDER

On May 8, Mr. Secrest filed various documents with the court requesting permission to file a second or successive 28 U.S.C. § 2255 petition. The court has no jurisdiction to address the issues raised by Mr. Secrest, and so the motions are DENIED [Doc. Nos. 94, 95, 96, & 97]. Mr. Secrest must file them with the court of appeals at the following address:

> Seventh Circuit Court of Appeals Clerk
> 2722 Everett McKinley Dirksen
> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604.

SO ORDERED.

ENTERED: May 15, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: J. Secrest
    K. Hays